United States District Court
Southern District of Texas
**ENTERED**
March 10, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PIERCE PARTNERS, GP, <br> Plaintiff, | § <br> § <br> § |
| v. | § Case No. 4:19-cv-00335 |
| MARCUS MORTON <br> Defendant. | § <br> § <br> § <br> § |

## ORDER ENTERING FINAL JUDGMENT

This matter came to be heard upon the motion of Plaintiff, Pierce Partners, GP for summary judgment and the affidavits attached thereto. The Court having personal jurisdiction over this case and the parties thereto, and upon consideration of the motion, the evidence submitted to this Court, and the response of Defendant if any, it appears that the motion for summary judgment is meritorious. Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

(i) Judgment is entered in favor of Pierce Partners, GP and against Defendant, Marcus Morton, in the amount of $1,687,945.21 and awarded attorney fees and expenses in the amount of $26,362.19 for a combined total of $1,714,307.40. Interest shall accrue on the principal amount thereof at the rate of $493.15 *per diem* after February 24, 2020, until the paid in full.

(ii) This is a final order, the terms of which are effective immediately.

Dated: 03/06, 2020

_____
THE HONORABLE CHARLES ESKRIDGE